No. 82–6137.   MA v. FIRST NATIONAL CORPORATION OF APPLETON ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–6142.   LE BRUN v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 82–6144.   UDELL v. UNIVERSITY OF LOWELL ET AL. C. A. 1st Cir.   Certiorari denied.

No. 82–6148.   JOHL ET AL. v. MOUKAWSHER ET AL. C. A. 2d Cir.   Certiorari denied.

No. 82–6152.   BARTO v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 82–6157.   ROBERTS v. LOCAL ONE, AMALGAMATED LITHOGRAPHERS OF AMERICA.   C. A. 2d Cir.   Certiorari denied.

No. 82–6158.   PRUITT v. ROGERS.   C. A. 8th Cir.   Certiorari denied.

No. 82–6159.   DESROCHES v. RHODE ISLAND.   Sup. Ct. R. I.   Certiorari denied.

No. 82–6166.   MARSHALL v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 82–6167.   UNITED STATES EX REL. SPEIGHT v. HARRIS ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–6174.   WEXLER v. LEES.   C. A. 3d Cir.   Certiorari denied.

No. 82–6175.   WHITEHAWK v. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY.   C. A. 8th Cir.   Certiorari denied.